# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>PIERCE XAVIER COTTINGHAM,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:20-mj-00040-DMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of ____Alaska____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Robert Douglas.

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Douglas, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/23/20

_____
Judge's signature

City and state: Anchorage, Alaska

DEBORAH M. SMITH, Chief U.S. Magistrate Judge
Printed name and title

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PIERCE XAVIER COTTINGHAM, <br><br> Defendant | Case No.: MJ 3:20-mj-00040-DMS |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Robert Douglas, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint against PIERCE XAVIER COTTINGHAM for violating 18 U.S.C. § 2113(a) – Bank Robbery.

2. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, in conjunction with other federal, state, and local law enforcement officials, which has included exchanging information with law enforcement officers and others; reviewing video surveillance, reports, database records and other information acquired during this investigation; and reviewing evidence obtained therefrom; and interviewing witnesses.

3. Because I submit this affidavit for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or the government. I have only included those facts necessary to establish probable cause to believe that PIERCE XAVIER COTTINGHAM has committed a violation of 18 U.S.C.§ 2113(a).

JAN 2 3 2020

4. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since May 2018. I am currently assigned to the Violent Crime squad in the FBI Anchorage Field Office. During my time with the FBI, I have lead and participated in investigations involving violent crimes, threats, robbery, fraud, and drugs. Prior to May 2018, I was employed with the Ontario Police Department (OPD) in Ontario, Oregon, as a Police Officer and Patrol Sergeant. As a Police Officer and Patrol Sergeant, I was assigned to and participated in traffic enforcement, and investigations involving crimes against property, persons and homicides. I also led and participated in a large number of drug-related arrests, and surveillance operations; and assisted in the preparation and execution of numerous search and arrest warrants.

## RELEVANT STATUTES AND REGULATIONS

5. The relevant statutory authority and terms used in this affidavit and its attachments are described and defined below.

    a. 18 U.S.C. § 2113(a), states: "Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association; or whoever enters or attempts to enter any bank, credit union, or any savings and loan association, or any building used in whole or in part as a bank, credit union, or as a savings and loan association, with intent to commit in such bank, credit union, or in such savings and loan association, or building, or part thereof, so

JAN 2 3 2020

used, any felony affecting such bank, credit union, or such savings and loan association and in violation of any statute of the United States, or any larceny-shall be fined under this title or imprisoned not more than twenty years, or both."

b. 18 U.S.C. § 2113(g), states: "As used in this section the term 'credit union' means any Federal credit union and any State-chartered credit union the accounts of which are insured by the National Credit Union Administration Board, and any 'Federal credit union' as defined in section 2 of the Federal Credit Union Act. The term 'State-chartered credit union' includes a credit union chartered under the laws of a State of the United States, the District of Columbia, or any commonwealth, territory, or possession of the United States".

## PROBABLE CAUSE

6. Alaska USA Federal Credit Union is a credit union that was, at all times relevant to this complaint, insured by the National Credit Union Administration Board. Alaska USA Federal Credit Union operates a number of branches in Anchorage, Alaska to provide financial services to its members.

## JANUARY 21 JUNEAU STREET INCIDENT

7. Just after 2:00 pm on January 21, 2020, a white male adult entered the Alaska USA Federal Credit Union branch located at 777 Juneau Street, Anchorage, Alaska, and presented a note to a bank teller. The note stated, "Please call the Police & tell them I'm robbing you. Or you could give me $50,000 and I'll be on my way". The male subject then sat down in the bank lobby and made no further attempt to take money from the bank or communicate any threats.

8. The map below depicts the location of the Alaska USA Federal Credit Union branch on Juneau Street:



9. Anchorage Police Officers responded to the scene and detained the male subject without further incident (APD case # 20-2482). He was identified as Pierce Xavier Cottingham. Officers took control of the demand note and transported Cottingham to the Anchorage FBI Office.

10. Special Agents and Task Force Officers of the FBI advised Cottingham of his Miranda Rights, and he agreed to speak with them. Cottingham advised that he wanted to go to jail because he does not belong in America. Cottingham stated that there is no place for someone like him in society. Cottingham stated that he was currently

homeless and desired to live a solitary life in the bush (wilderness). However, Cottingham stated this was a lie he told himself, but he knew that his dream would never actually happen. Cottingham advised that he had been homeless in Alaska since June of 2019.

11. Cottingham advised law enforcement that he suffered from mental health issues, which included PTSD and Schizophrenia. Cottingham advised that he last took medication for his mental health issues in 2016. However, FBI Agents noted that despite being homeless and suffering from mental health issues, Cottingham displayed the ability to care for himself and did not appear to present an immediate threat to the physical safety of himself or others.

12. Cottingham explained that he went to the bank with the sole purpose of having the Police take him to jail. When Agents asked Cottingham why he had sat down in the lobby of the bank, Cottingham stated he was just waiting for his taxi. Cottingham advised that even if the bank employees had given him money, he would have just waited for the Police because he just wanted to go to jail.

13. Cottingham advised that he had previously vandalized an ATM machine at the Alaska USA Federal Credit Union, located at 12155 Old Glenn Highway, Eagle River, Alaska. Cottingham said this was another attempt to go to jail within the last week. Cottingham explained that he had attempted to break into the ATM in hopes that the alarms would go off and the Police would respond. However, he said that no alarms went off, and he was forced to call the Police himself (APD case # 20-2099).

JAN 2 3 2020

Cottingham expressed his disappointment that he had not been kept in jail for the ATM incident.

14. Cottingham stated that he never intended to hurt anyone at the bank and never threatened anyone with a weapon. He advised that he had no intentions of hurting himself or anyone else. However, Cottingham stated repeatedly that if he was not arrested, he would rob another bank in an attempt to go to jail.

15. After speaking with Cottingham, FBI Agents responded to the Alaska USA on Juneau Street and spoke with the victim teller. The Victim Teller advised the robbery suspect had waited in line and had even allowed several people to go in front of him despite it being his turn. When the subject finally approached the Victim Teller, the subject pointed to his neck as if he couldn't speak and handed him a note. The Victim Teller advised that the note asked that the Police be called and told that the subject was robbing the bank. The note also asked for money, but the Victim Teller stated he wasn't convinced the subject really wanted money. The Victim Teller said that he pulled a small amount of money from his till and told the subject that was all the money there was. However, the subject then told him that he would wait. The Victim Teller advised that the subject then sat down in the lobby and waited. He stated that the subject never made any threats or made any gestures indicating he was armed with a weapon. The Victim Teller advised that he did not feel threatened by the subject, and he believed the subject was just trying to get a ticket to jail.

16. FBI Agents also spoke with a second Alaska USA teller, who stated that she never felt threatened by the male subject later identified as Cottingham. The second

teller described walking past the Cottingham to lock the doors to the bank while waiting for the Police to respond.

17. FBI Agents consulted with the United States Attorney's Office for the District of Alaska concerning the incident. FBI Agents advised the US Attorney's Office that while Cottingham did not currently pose a threat to himself or others, Agents believed that he would attempt to rob another bank if he were released. In consultation with the FBI, the US Attorney's Office declined to pursue charges against Cottingham at that time because he did appear to intend to use or attempt to use force, violence or intimidation to take the property of the Credit Union at that time, or have the intent to steal property or money or any other thing of value, but instead seeking to be arrested due to his apparent mental illness or homelessness.

18. Anchorage Police Officers also consulted it the Alaska State District Attorney's Office. The District Attorney's Office also declined to pursue any charges against Cottingham.

19. On January 21, 2020, at approximately 6:00 pm, FBI Agents released Cottingham. Upon his release, Cottingham stated that he would see the FBI Agents again after he robbed another bank. Cottingham went so far as to appear irritated that he was being released after banks had closed for the evening.

### JANUARY 22 NORTHERN LIGHTS ROBBERY

20. At approximately 3:15 pm, on January 22, 2020, a white male adult entered the Alaska USA Federal Credit Union located at 310 E Northern Lights Boulevard, Anchorage, Alaska. The male subject provided an Alaska USA teller with a demand

note for money. The subject was given $2,061.00 in US Currency, and he left the bank on foot.

21. The map below depicts the location of the Alaska USA Federal Credit Union branch on Northern Lights Boulevard:



22. Anchorage Police Officers and FBI Agents responded to the scene and attempted to locate the subject in the area (APD case # 20-2626). Anchorage Police Officers and FBI Agents reviewed a photo from the bank surveillance footage and identified the subject as Pierce Xavier Cottingham, the subject of the previous evening's investigation.

23. FBI Agents met with the victim teller, who advised that a male subject had been standing in line prior to approaching his teller window. The subject was wearing a beanie, a green jacket over a hooded sweatshirt and khaki pants. The Victim Teller described the subject as having a red and brown colored beard and dark eyes.

JAN 2 3 2020

24. The Victim Teller stated that the subject gave him a lengthy note and motioned to his neck indicating that he couldn't speak. The subject made a raspy sound when he did this. The Victim Teller saw that the first part of the note demanded $250,000.00 and that he (the teller) could not take more than a minute. The Victim Teller advised that he immediately knew he was being robbed, and he pulled his bait money from his till. The Victim Teller said that he also emptied the contents of his top and bottom drawers in the till, and that the note also said he could not alert the Police for twenty minutes after the subject left. The note also indicated that the subject knew people from prison in high and low places. The Victim Teller advised that he also read something about "quick and painless" on the note.

25. The Victim Teller advised that he handed the money to the subject, who hesitated momentarily, before walking out. After exiting the bank, the subject turned and walked towards Chucky E. Cheese. The Victim Teller then notified his fellow co-workers that he had been robbed.

26. The Victim Teller stated that he had not been at work on January 21, 2020. The Victim Teller had no knowledge of the attempted robbery at the Juneau Street branch the day before. The Victim Teller advised that he had never seen the male subject before, and that once the Anchorage Police Officers arrived, he was shown a photo of the male subject who had attempted to rob the Juneau Street branch the day before. The Victim Teller said that it was the same subject who provided him the demand note and robbed him.

JAN 23 2020

27. FBI Agents also spoke with Alaska USA Branch Manager LaShun Jackson and Area Vice President Heather Youngblood. FBI Agents were provided with documentations showing an audit of Alaska USA funds and a bait money identification log showing the serial numbers of the bait bills given to Cottingham. Also, Youngblood advised that Alaska USA Federal Credit Union had been insured by the National Credit Union Administration Board since December 6, 1948 (# 5913).

28. FBI Agents notified the US Attorney's Office of the robbery and advised that attempts were being made to locate Cottingham. The US Attorney's Office authorized a probable cause arrest based on Cottingham's renewed efforts.

29. The Anchorage Police Department and the FBI notified the public and the media of the bank robbery, requesting assistance in locating Cottingham.

30. At approximately 7:00 pm, Anchorage Police Officers located Cottingham at the Fred Meyer located at 1000 E Northern Lights Boulevard. Cottingham was taken into custody without incident and transported to the FBI Anchorage Office by Anchorage Police Officers.

31. Anchorage Police Officers advised that while at Fred Meyer, Cottingham had placed money onto a MasterCard. Officers worked with Fred Meyer to attempt to identify any bait bills from the bank robbery with known serial numbers, but Officers were unable to locate any. APD Officers and FBI Agents did locate a large amount of cash in Cottingham's jacket pocket. The cash consisted of several small bundles held together by rubber bands. The total amount of cash located in the jacket pocket was

$614.00 US Currency. A large amount of cash was also located in Cottingham's wallet. The total amount of cash within the wallet was $237.00 US Currency.

32. Special Agents and Task Force Officers of the FBI advised Cottingham of his Miranda Rights. Cottingham signed a consent form waiving his rights and agreed to speak with FBI Agents. Cottingham stated that he robbed the bank because he did not belong in America and there was nowhere for someone like him. Cottingham advised that he picked the Alaska USA branch on Northern Lights Boulevard because he knew he would never return there. Cottingham advised that he gave the teller a note demanding money. He said that he wrote the note while standing inside the bank lobby. Cottingham was not sure how much money he took from the bank, but after leaving the bank, he purchased several items with the stolen money.

33. Cottingham admitted he had purchased a new coat, hat, beanie and bandana with the stolen money. He stated these items were purchased at REI, but he did not have a receipt for these items. Cottingham advised that he also went to Fred Meyer and purchased more items, which included hair clippers, deodorant, razor blades, and other items. Cottingham stated that he put $500.00 onto a MasterCard gift card at Fred Meyer. Cottingham stated all of the items he purchased were purchased with the money stolen from Alaska USA. Cottingham also stated that all of the cash found in the jacket and all of the cash found in his wallet had been stolen from Alaska USA.

34. FBI Agents seized the $851.00 in US Currency and the items purchased by Cottingham as evidence. FBI Agents then transported Cottingham to the Anchorage

3:20-mj-00040-DMS                               11
Case 3:20-mj-00040-DMS   Document 1   Filed 01/23/20   Page 12 of 13

Correctional Complex where he was remanded on probable cause for Bank Robbery 18 U.S.C. § 2113(a).

## CONCLUSION

35. Based upon the information above, your affiant submits that there is probable cause to believe that PIERCE XAVIER COTTHINGHAM took, by intimidation of force or violence, money belonging to, or under the care, custody, and control of, Alaska USA Federal Credit Union located at 310 E Northern Lights Boulevard in Anchorage, Alaska in violation of 18 U.S.C. § 2113(a) - Bank Robbery.

Respectfully submitted,

ROBERT DOUGLAS
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 23 day of January, 2020:

Deborah M. Smith
Chief United States Magistrate Judge
District of Alaska
Anchorage, Alaska

JAN 2 3 2020